**FILED**

**12/14/2023**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

2241 Motion Emergency                    12/11/23

Marcus Broadway

    VS.                           2:23-cv-00571-JMS-MG

T. Rule

      I have been locked up since 9/14/2018 for 841 Distrubution of methenphatmine. I have been earning time credits toward my release date due to the First step Act. I have been earning 10 days per month but I havent been getting them applied toward my sentence at all as the Law states. As of right now I have earned 365 days toward my release. and counting. The warden, T. Rule has denied the earned days toward my release from the F.S.A because I am not a Low or a minimum recidivism but the F.S.A does not state that you Cant not apply the earned time credit days if you are not a Low or minimum. It Clearly states. If you are a Low recidivism you can earn 15 days every 30 days and if you're a high or medium you can earn 10 days every 30 days. I am asking for this E.T.C. to be corrected because the warden T. Rule, Is saying he's not granting It because of the following listed. My Question is Can the warden T. Rule go against the FSA Law !!!

Sincerly

Marcus Broadway # 15209-018