UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARCUS BROADWAY, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 2:23-cv-00571-JMS-MG |
| T. RULE, | ) ) ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **dismissed with prejudice.**

Date: 5/16/2024

_(signature)_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____(signature)_____
Deputy Clerk, U.S. District Court

Distribution:

MARCUS BROADWAY
15209-010
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Joi Kamper
DOJ-USAO
joi.kamper@usdoj.gov